# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155103(70)

SANFORD N. LAKIN and CECILIA L. LAKIN,
      Plaintiffs-Appellants,

v

SR. BARBARA RUND and ST. HUGO OF THE HILLS CATHOLIC CHURCH,
      Defendants-Appellees,
and

MSGR. ANTHONY TOCCO,
      Defendant,
_____/

SC: 155103
COA: 323695
Oakland CC: 14-138683-NO

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 8, 2017.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



Clerk